AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

21-sw-00117-KLM

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4-DN-3378798 | 02/10/2021 @ 1245 hours | Douglas Scott |

Inventory made in the presence of : Weld County Detention Facility – Booking Lobby

Inventory of the property taken and name of any person(s) seized:

Six DNA buccal swabs.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:08 pm, Feb 19, 2021
JEFFREY P. COLWELL, CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/10/2021

*Executing officer's signature*

Daniel Kim, FBI Safe Streets Task Force Officer

*Printed name and title*

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of ) | |
| Douglas Edward Scott; for DNA evidence through ) | Case No. |
| buccal swabs, also known as saliva swabs, more fully ) | |
| described in Attachment A, attached hereto. ) | |
| ) | |
| ) | |

**SEARCH AND SEIZURE WARRANT**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __February 23, 2021__
        *(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Kristen L. Mix__.
        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11:33 am, Feb 09, 2021__                                __/s/ Kristen L. Mix__
                                                                                                          *Judge's signature*

City and state:   __Denver, CO__                                              __Hon. Kristen L. Mix, U.S. Magistrate Judge__
                                                                                                          *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

Douglas Edward Scott, born on March 3, 1983, described as a white male, 6'01". 240 pounds, brown hair, green eyes, and is assigned FBI arrest history number 740161EC4.  Currently, Douglas Scott is in custody at the Weld County Sheriff's Office – Detentions, 2110 O Street, Greeley, Colorado.



## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

Buccal swabs, also known as saliva swabs, from the persons identified in Attachment A to obtain DNA for a comparison with evidence collected in this investigation of:

Possession With Intent To Distribute Greater than 50 grams of a Mixture of Substance Containing a Detectable Amount of Methamphetamine

Using, Carrying or Possessing a Firearm in Furtherance of A Drug Trafficking Crime investigation.